UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIJUN YANG,<br><br>　　　　　　Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE US,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-01347-RFB-BNW<br><br>**ORDER** |

Petitioner Lijun Yang filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241 challenging his continued detention by U.S. Immigration and Customs Enforcement pending enforcement of his final removal order (ECF No. 1-1).  However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee.  Accordingly, this matter has not been properly commenced and is subject to dismissal on that basis.  28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Moreover, an advisory letter sent by the court to Yang at his address of record at Nevada Southern Detention Center (NSDC) on July 19, 2021, was returned on July 30, 2021, as undeliverable with the notation "not at NSDC" (*see* ECF No. 3).  Yang has failed to update his address as required by Local Rule IA 3-1.[1]  The petition, therefore, is dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk **file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

---

[1] Yang may have been released on bond or removed to China.

1

**IT IS FURTHER ORDERED** that the Plaintiff may move to reopen this case and vacate the judgment by filing a motion for reconsideration of this order. In this motion, the Plaintiff is required to explain what circumstances delayed him from reporting his address or filing the IFP application. If the Court finds there to be good cause or a reasonable explanation therein, the Court will reopen the case and vacate the judgment.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 6 October 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE